DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAMIAN KING,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2411

[October 24, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case No. 99-03889 CF10A.

Damian King, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***